## Sam Olson, Appellee, v. Zarco Industries, Inc., Appellant.

**Gen. No. 45,656.** 

 Yaffe & Yaffe, for

appellant; Earl D. Yaffe, of counsel; James R. O'Leary, for appellee. Opinion by Justice Feinberg. **Not to be published in full.** Opinion filed September 24, 1952; released for publication October 15, 1952.